CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

JUN 23 2023

LAURA A AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**RODGER L. SMITH,** *Plaintiff*

v.                    Case Number: 5:23-CV-00041

**DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security,** *Defendant*
General Counsel
Social Security Administration
Room 611, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235

## COMPLAINT

Comes now the Plaintiff, Rodger L. Smith, and represents unto the Court as follows:

1. Plaintiff is an attorney licensed to practice law in the state of Virginia and represented clients, Alyssa Gayle Barnes (d.o.b. 2/25/1991) and Christopher Lynn Heiston (d.o.b. 8/27/1971), in claims before the Social Security Administration for Social Security Disability benefits.

2. Both parties had hearings before an Administrative Law Judge and Alyssa Gayle Barnes was granted Social Security Disability benefits by opinion of the Administrative Law Judge dated February 8, 2023, and Christopher Lynn Heiston was granted Social Security Disability benefits by opinion of the Administrative Law Judge dated February 13, 2023.

3. Both parties were entitled to and were awarded past Social Security Disability benefits.

4. The Plaintiff's Fee Agreements that were filed on both matters provided that he receive 20% of past due benefits not to exceed $6,000.00.

5. In both claims, the Plaintiff's Fee Agreement was not approved by the Social Security Administration despite numerous inquiries, both verbal and written, to the Social Security Administration.

Law office of
RODGER L. SMITH
Counselor at Law, P.C.
Rodger L. Smith
Luray, VA 22835
(540) 743-5179

6. To the best of Plaintiff's belief, the Administration still holds fees in both claims that should be paid to Plaintiff.

WHEREFORE, Plaintiff requests that this Court Order the Defendant to pay to Plaintiff his fees plus costs expended herein.

*[signature]*

Rodger L. Smith, Esquire
**Rodger L. Smith, Counselor at Law, P.C.**
120 East Main Street
Luray, VA 22835
(540) 743-5179
*Plaintiff*

**RODGER L. SMITH**

Law office of
RODGER L. SMITH
Counselor at Law, P.C.
Rodger L. Smith
Luray, VA 22835
(540) 743-5179